**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1810

JAMES M. CLARK,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, Commissioner of Social Secu-
rity Administration,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Richard L. Williams, Senior Dis-
trict Judge.  (CA-98-519)

Submitted:  October 29, 1999        Decided:  November 9, 1999

Before MURNAGHAN, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles D. Bennett, Jr., Roanoke, Virginia, for Appellant.  James
A. Winn, Regional Chief Counsel, Patricia M. Smith, Deputy Chief
Counsel, Robert S. Drum, Assistant Regional Counsel, Office of the
General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia,
Pennsylvania; Helen F. Fahey, United States Attorney, Joan E.
Evans, Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James M. Clark appeals the district court's order adopting the recommendation of the magistrate judge and affirming the Commissioner's decision setting an onset date for award of disability benefits. We have reviewed the briefs and the administrative record, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Clark v. Apfel, No. CA-98-519 (E.D. Va. May 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2